UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

LIDA MOSLEY GREEN            CIVIL ACTION NO. 19-cv-0607

VERSUS            JUDGE FOOTE

PATRICIA MOSLEY WHITE, ET AL            MAGISTRATE JUDGE HORNSBY

**ORDER**

    **1. Scheduling Conference**. A Scheduling Conference will be held in my chambers on **October 21, 2019,** at **10:30 a.m.** Out-of-town attorneys may participate by telephone (318-676-3265) by making prior arrangements with the undersigned. The use of cell phones is prohibited.

    **2. Rule 26 Meeting**. By **October 07, 2019,** the Trial Attorneys for each party shall meet, in person or by telephone, to develop a Case Management Report ("CMR") and discuss the issues listed in F.R.C.P. 26(f). A party may not seek discovery before the Rule 26(f) meeting unless there is an agreement of the parties or order of the court permitting the discovery. F.R.C.P. 26(d).

    **3. Case Management Report & Initial Disclosures.** By **October 14, 2019,** the parties must (1) file the CMR in the format available on www.lawd.uscourts.gov and (2) exchange the initial disclosures required by F.R.C.P. 26(a)(1). A paper courtesy copy of the CMR must be mailed or hand delivered to my chambers at 300 Fannin Street, Suite 4300, Shreveport, LA 71101. Do not fax or email anything to chambers without prior authorization of the undersigned.

    **4. Responsibility of Trial Attorney.** The Trial Attorney for each party shall participate in the Scheduling Conference. If the Trial Attorney is unable to participate at the scheduled time, her or she is directed to contact the undersigned immediately to reschedule the conference.

    THUS DONE AND SIGNED at Shreveport, Louisiana, this the 6th day of September, 2019.

Mark L. Hornsby
U.S. Magistrate Judge