UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| LIDA MOSLEY GREEN | CIVIL ACTION NO. 19-cv-0607 |
| VERSUS | JUDGE FOOTE |
| PATRICIA MOSELY WHITE, ET AL | MAGISTRATE JUDGE HORNSBY |

### MEMORANDUM ORDER

Lida Mosley Green ("Plaintiff") filed this civil action against family members and a family-run corporation in which Plaintiff is a shareholder. Plaintiff alleges that she suffers from dementia and that the defendants have forged her signature and engaged in other wrongdoing that caused her financial losses. She also alleges that the defendants engaged in a retaliatory eviction that amounted to intentional infliction of emotional distress.

Before the court is Plaintiff's **Motion for Leave to File Second Amended Complaint (Doc. 17)**. Plaintiff represents that the amendment will clarify that count 6 (demand for an accounting) is directed at all defendants and will add some factual allegations that were newly uncovered in discovery. She does not propose to add any new parties or causes of action. The new factual allegations are merely specific examples of expenses and actions that Plaintiff alleges were improper in connection with the operation of the family business. Plaintiff noted in her motion that defendants had expressed opposition, so the motion was noticed for briefing. The deadline to oppose the motion has passed, defendants have not filed anything. Considering the liberal policy of Fed. R. Civ.

P. 15 regarding amendments, and that this case is at the preliminary stages prior to even holding a scheduling conference, the **Motion for Leave to Filed Second Amended Complaint (Doc. 17) is granted**.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 26th day of September, 2019.

Mark L. Hornsby
U.S. Magistrate Judge