**MINUTE ENTRY**
**January 13, 2021**

**ELIZABETH E. FOOTE**
**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**SHREVEPORT DIVISION**

| | |
|---|---|
| LIDA MOSLEY GREEN | CIVIL ACTION NO. 19-607 |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| PATRICIA MOSLEY WHITE, ET AL. | MAGISTRATE JUDGE HORNSBY |

The telephone scheduling conference set for January 15, 2021, is hereby **RESET** for **February 1, 2021**, at **9:00 a.m.** before the Honorable Elizabeth E. Foote. The Court will email counsel directly to provide call-in information. The parties should contact foote_motions@lawd.uscourts.gov if they have a conflict with the scheduled date and time.

**IT IS SO ORDERED.**

ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE